**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SIERRA SAXERUD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-00683-JAR |
| T-H PROFESSIONAL & MEDICAL COLLECTIONS, LTD., | ) ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

This matter came for trial before a jury, the undersigned presiding. The issues were duly tried and the jury rendered its verdict on August 31, 2021 as follows:

On the Fair Debt Collection Practices claim of Plaintiff Sierra Saxerud as submitted in Instruction No. 11, we find in favor of Plaintiff Sierra Saxerud.

We find Plaintiff Sierra Saxerud's actual damages to be **$0.00**.

We find Plaintiff Sierra Saxerud's statutory damages to be **$200.00**.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that on the Fair Debt Collection Practices claim of Plaintiff Sierra Saxerud, judgment is entered in favor of Plaintiff Sierra Saxerud and against Defendant T-H Professional & Medical Collections, Ltd. in the amount of **$200.00**.

Dated this 9th day of November, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE