**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIERRA SAXERUD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-00683-JAR |
| | ) | |
| T-H PROFESSIONAL & MEDICAL COLLECTIONS, LTD., | ) ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED JUDGMENT

This matter came for trial before a jury, the undersigned presiding. The issues were duly tried and the jury rendered its verdict on August 31, 2021 as follows:

On the Fair Debt Collection Practices claim of Plaintiff Sierra Saxerud as submitted in Instruction No. 11, we find in favor of Plaintiff Sierra Saxerud.

We find Plaintiff Sierra Saxerud's actual damages to be **$0.00**.

We find Plaintiff Sierra Saxerud's statutory damages to be **$200.00**.

On November 9, 2021, this Court entered judgment in the amount of **$200.00** (Doc. 69) and separately ordered Defendant to pay Plaintiff Sierra Saxerud **$15,102.50** in attorneys' fees and **$1,700.65** in costs pursuant to 15 U.S.C. § 1692k(a)(3). (Doc. 68). The Court now enters an Amended Judgment to incorporate such fees and costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that on the Fair Debt Collection Practices claim of Plaintiff Sierra Saxerud, judgment is entered in favor of Plaintiff Sierra Saxerud and against Defendant T-H Professional & Medical Collections, Ltd. in the amount of **$200.00** in statutory damages, as well as **$15,102.50** in attorneys' fees and **$1,700.65**

in costs pursuant to this Court's Memorandum and Order entered on November 9, 2021. (Doc. 68).

Dated this 10th day of November, 2021.

                                                                           _____
                                                                           JOHN A. ROSS
                                                                           UNITED STATES DISTRICT JUDGE